**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ERIC DAMONT DAVIS,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv5008-MW/HTC**

**WARDEN RONNIE QUINN,**
**et al.,**

***Defendants*.**

**___________________________/**

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 9. As noted in the report and recommendation, Plaintiff failed to disclose his habeas petition filed with the Fifth District Court of Appeal (Case No. 5D2016-2721) and a mandamus action (Case No. 5D2018-3506). Plaintiff's contention that he did not understand the complaint form to require disclosure of a mandamus action is belied by his disclosure of a different writ of mandamus filed under Case No. 2025-CA-813. *See* ECF No. 1 at 32. Likewise, Plaintiff's contention that the habeas petition he failed to disclose is not his case is incorrect. This Court has verified that the habeas petition in case number 5D2016-2721 was filed by Eric Damont Davis. The petition itself is styled "Eric Damont Davis, Petitioner, Plaintiff vs. State of Florida, Defendant" and titled "Petitioner Writ of Habeas Corpus," and lists "Case

# 2015-CF-010402-AO" at the top of the filing. Moreover, although this Court is no handwriting expert, the handwriting on the petition in case number 5D2016-2721 appears nearly identical to Plaintiff's handwriting on his court filings in this case. In short, this Court rejects Plaintiff's objections.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on October 26, 2026.**

**s/Mark E. Walker**
**United States District Judge**